AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | RECEIVED BY USMS E/NC 02/27/2024 | **SEALED WARRANT FOR ARREST** |
| V. | | |
| **REBECCA ELLINOR FALK** | | **CRIMINAL CASE: 4:24-CR-8-D-RJ-2** |

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**REBECCA ELLINOR FALK** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

_____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2: Distribute a quantity of a mixture and substance containing a detectable amount of fentanyl; and aiding and abetting

Count 2 - 18 U.S.C. §§ 924(C)(1)(A)(I) and 2: Possession of a firearm in furtherance of a drug trafficking crime; and aiding and abetting

Peter A. Moore, Jr.
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

FEBRUARY 23, 2024 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Self reported to USMS Greenville, NC | | |
| DATE RECEIVED 02/27/2024 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 03/15/2024 | K. Wylie, DUSM | |

**FILED**

MAR 15 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK