UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:24-CR-8-D-RJ-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| REBECCA FALK ) | |
| ) | |
| Defendant. | |

THIS MATTER IS BEFORE THE COURT on the Defendant's DE #137 motion to seal proposed sealed document DE #136. For good cause shown, it is hereby ORDERED the motion is GRANTED.

This the __6__ day of January, 2026.

HONORABLE JAMES C. DEVER III
United States District Judge
Eastern District of North Carolina