UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:24-CR-8-D-RJ-2

UNITED STATES OF AMERICA, )
)
v. ) ORDER
)
REBECCA FALK )
)

Defendant.

THIS MATTER IS BEFORE THE COURT on the Defendant's unopposed motion

to change her prison reporting date from March 13, 2026, to April 13, 2026. *There will be no More extenscons.*

For good cause shown, it is hereby ORDERED the motion is GRANTED.

SO ORDERED.

This the __12__ day of March, 2026.

_____
HONORABLE JAMES C. DEVER III
United States District Judge
Eastern District of North Carolina